# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-13608 |
| | : | |
| STEPHEN A. BLUE | : | Chapter 7 |
| | : | |
| Debtor | : | Judge Jeffery P. Hopkins |

### SECOND MOTION TO EXTEND TIME TO FILE
### COMPLAINT OBJECTING TO DISCHARGE

Now comes the Trustee, who prays the Court extend the time within which to file a complaint objecting to discharge under the provisions of 11 U.S.C. § 727, for a period through and including June 15, 2017. In support of this Application, the Trustee states as follows:

1. Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code on September 26, 2016, the Meeting of Creditors was held on November 4, 2016.

2. Subsequent to the Meeting of Creditors, the Trustee requested full and complete copies of the Debtor's 2016 Federal and State Tax Returns as soon as they have been prepared and filed. Trustee also requested complete copies of the Debtor's Chaco bank account statements for the period of March 1, 2016 through the date of filing, September 26, 2016.

3. The relief requested is warranted, as the Trustee needs time to receive and review the Debtor's 2016 Federal and State Tax Returns, and to further analyze the Debtor's bank account statements that he recently received. The Trustee feels that it is in the best interest of the estate to extend the time period within which to bring a denial of discharge action under 11 U.S.C. § 727.

**WHEREFORE,** the Trustee prays that the Court issue an Order extending the period up to and including June 15, 2017, within which the Trustee and/or the Office of the U.S. Trustee

946401.1

may bring an action to deny discharge under 11 U.S.C. § 727, and for such other and further relief as may be just and proper.

                Respectfully submitted,

                /s/ Richard D. Nelson
                Richard D. Nelson, Esq.  (0003943)
                250 East Fifth Street, Suite 2350
                Cincinnati, OH 45202
                Ph. (513) 421-4020
                Fax (513) 241-4495
                Email: ricknelson@ctks.com
                Chapter 7 Trustee

## **MEMORANDUM OF LAW**

This Application is brought under the provisions of 11 U.S.C. § 727.

                /s/ Richard D. Nelson
                Richard D. Nelson, Chapter 7 Trustee

946401.1

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-13608 |
| | : | |
| STEPHEN A. BLUE | : | Chapter 7 |
| | : | |
| Debtor | : | Judge Jeffery P. Hopkins |

**NOTICE OF SECOND MOTION TO EXTEND TIME TO FILE
COMPLAINT OBJECTING TO DISCHARGE**

Please take notice that, the trustee in the above-captioned matter has filed an **SECOND MOTION TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE** with this court.

**YOUR RIGHTS MAY BE AFFECTED.**  You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the **SECOND MOTION TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE** (the "Motion") or if you want the Court to consider your views on the Motion, then on or before twenty-one (21) days from the date of service of this Notice, you or your attorney must:

- File with the Court a written request for a hearing, or if the Court requires a written response, an answer, explaining your position at:

    U.S. Bankruptcy Court
    221 East Fourth Street, Suite 800
    Cincinnati, OH 45202

If you mail your request or response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.  You must also mail a copy to the

946401.1

Trustee and to the attorney for the Debtor at the address listed below together with all of the parties listed on the service list below at the addresses listed thereon:

>    Richard D. Nelson, Trustee
>    250 East Fifth Street, Suite 2350
>    Cincinnati, OH 45202

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Date:  April 20, 2017

>    /s/ Richard D. Nelson
>    Richard D. Nelson, Esq.  (0003943)
>    250 East Fifth Street, Suite 2350
>    Cincinnati, OH 45202
>    Ph. (513) 421-4020
>    Fax (513) 241-4495
>    Email: ricknelson@ctks.com
>    Chapter 7 Trustee

## CERTIFICATE

I hereby certify that a true and accurate copy of the foregoing **SECOND MOTION TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE** was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on this 20th day of April, 2017, upon:

**Via Regular U.S. Mail:**

Stephen A. Blue
8958 Daly Road
Cincinnati, OH 45231
Debtor

>    /s/Richard D. Nelson
>    Richard D. Nelson

946401.1